JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALAN KLEIN and SHERYLL KLEIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | No. CV 05-5526 PA <br><br> **ORDER RE:** <br> **STIPULATION FOR COMPROMISE** <br> **SETTLEMENT AND DISMISSAL** <br><br><br> Honorable Percy Anderson |

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is dismissed with prejudice in its entirety and all dates are vacated;

2. Costs of suit and attorneys' fees shall be born by each party; and,

3. The Court retains jurisdiction, pending completion of the terms of the Stipulation for Compromise Settlement, solely to enforce those terms.

DATED: 12/19/11

```
                                    PERCY ANDERSON
                                    United States District Judge
```

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

   /s/ David A. DeJute
DAVID A. DeJUTE
JULIE ZATZ
Assistant United States Attorneys
Attorneys for the United States