JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALAN KLEIN and SHERYLL KLEIN, | ) No. CV 05-5526 PA ) ) |
| Plaintiffs, | ) **ORDER RE:** |
| v. | ) **STIPULATION FOR COMPROMISE** ) **SETTLEMENT AND DISMISSAL** ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) Honorable Percy Anderson ) |

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is dismissed with prejudice in its entirety and all dates are vacated;

2. Costs of suit and attorneys' fees shall be born by each party; and,

3. The Court retains jurisdiction, pending completion of the terms of the Stipulation for Compromise Settlement, solely to enforce those terms.

DATED: 12/19/11

_____
PERCY ANDERSON
United States District Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

   */s/ David A. DeJute*
DAVID A. DeJUTE
JULIE ZATZ
Assistant United States Attorneys
Attorneys for the United States